JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| SYLVIA THOMAS, | ) | Case No. EDCV 07-1346-MLG |
| | ) | |
|         Plaintiff, | ) | JUDGMENT |
| | ) | |
|   v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
|         Defendant. | ) | |

IT IS ADJUDGED that judgment be entered in favor of Defendant and that the action herein is dismissed with prejudice.

DATED: August 13, 2008

_____
MARC L. GOLDMAN
United States Magistrate Judge